| | | |
|---|---|---|
| ███████████ a minor, by his parents SHEENA DORMAN and DILLON MING, as next friends, and SHEENA DORMAN and DILLON MING, individually | * | IN THE HEALTH CARE |
| | * | ALTERNATIVE DISPUTE |
| | * | RESOLUTION OFFICE |
| CLAIMANTS | * | |
| v. | * | HCADRO NO.: **2015•134** |
| ANNE ARUNDEL MEDICAL CENTER, INC, et.al. | * | |
| HEALTH CARE PROVIDERS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TRANSFER

Claimants, ███████████ a minor by his parents Sheena Dorman and Dillon Ming, as next friends, and Sheena Dorman and Dillon Ming, Individually, by and through counsel, having elected a Waiver of Arbitration under the provisions of the Annotated Code of Maryland, Courts and Judicial Proceedings Article §3-2A-06B, it is this ___ day of March, 2015, by the Health Care Alternative Dispute Resolution Office,

ORDERED, that this case shall be and is herby, transferred to the United States District Court, or to the Circuit Court of the appropriate venue.

_____
HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of ORDER OF TRANSFER have been mailed, postage prepaid, to all counsel.

_____
HARRY L. CHASE, DIRECTOR

EXHIBIT C