IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| B.M., a minor, by his parents SHEENA DORMAN AND DILLON MING, as next friends, And SHEENA DORMAN and DILLON MING, Individually : : : : | |
| Plaintiffs : | Case No. 1:15-cv-01102-MJG |
| v. : : | |
| ANNE ARUNDEL MEDICAL CENTER, INC., et al. : : | |
| Defendants : | |

## PLAINTIFFS' DAUBERT HEARING WITNESS LIST

COME NOW the Plaintiffs, B.M., a minor, by his parents Sheena Dorman and Dillon Ming, as next friends, and Sheena Dorman and Dillon Ming, Individually, (collectively "Plaintiffs"), by and through their undersigned counsel, and pursuant to Court Order dated April 12, 2018, herein provides the following list of witnesses expected to testify at the *Daubert* Hearing scheduled for April 25, 2018 in the above-entitled matter:

1. Robert H. Allen, Ph.D.

Dated: April 20, 2018

                                                Respectfully submitted,

                                                JANET, JENNER & SUGGS, LLC

                                                By:_____/s/_____
                                                     Seth Cardeli
                                                     Executive Center at Hooks Lane
                                                     4 Reservoir Circle, Suite 200
                                                     Baltimore, Maryland 21208
                                                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of April, 2018, a copy of the foregoing Plaintiffs' Daubert Hearing Witness List was filed via electronic filing, with a courtesy copy to the chambers of the Honorable Marvin J. Garbis.



_____/s/_____
Seth L. Cardeli