IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHEENA DORMAN, et al.　　　　*

　　　　Plaintiffs　　　*

　　　vs.　　　　　　　*　　CIVIL ACTION NO. MJG-15-1102

ANNE ARUNDEL MEDICAL CENTER,　*
et al.
　　　　Defendants　　　*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

MEMORANDUM AND ORDER

The Court has before it Defendants Richard Welch, M.D. and Annapolis OB/GYN Associates, P.A.'s Corrected Motion for Judgment [ECF No. 167] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The jury, having returned a verdict in favor of the Defendants render the motion moot.

Accordingly, Defendants Richard Welch, M.D. and Annapolis OB/GYN Associates, P.A.'s Corrected Motion for Judgment is DENIED AS MOOT.

SO ORDERED, this Monday, June 25, 2018.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Marvin J. Garbis
　　　　　　　　　　　　　United States District Judge